838

No. 77–1857. NORTH BY NORTHWEST CIVIC ASSN., INC., ET AL. v. CATES ET AL. Sup. Ct. Ga. Certiorari denied.

No. 77–1864. WHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–1869. ELI LILLY & Co. v. SMITHKLINE CORP. C. A. 3d Cir. Certiorari denied.

No. 77–6155. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6375. MARTIN v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–6396. MATTISON v. LEEKE, CORRECTIONS COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6398. MASSEY v. LEEKE, CORRECTIONS COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6403. TREADWAY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 77–6405. MILLER v. HARVEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6407. McCURRY v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6418. PISANI v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–6434. CORTEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.